UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARJORIE GASPARD<br><br>      Plaintiff,<br><br>-against-<br><br>KINGS AUTOSHOW INC. d/b/a BROOKLYN MITSUBISHI, GM FINANCIAL d/b/a AMERICREDIT FINANCIAL SERVICES, INC. and "JOHN DOE" a fictitious name for a party whose real name is not known,<br><br>      Defendants. | Civil Action No.:<br>1:20-cv-02896-AMD-JO<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), incorrectly sued herein as GM Financial d/b/a AmeriCredit Financial Services, Inc., certifies that GM Financial is the wholly-owned subsidiary of General Motors Financial Company, Inc. General Motors Financial Company, Inc. is a direct subsidiary of General Motors Holdings, LLC, which owns all of the common stock of General Motors Financial Company, Inc.  General Motors Holdings, LLC is a wholly-owned subsidiary of General Motors Company.

Dated: New York, New York
    September 4, 2020

                Yours, etc.

                MARSHALL DENNEHEY WARNER
                COLEMAN & GOGGIN

         BY: _____
                R. David Lane Jr. (RL 2806)
                *Attorneys for Defendant*
                *AmeriCredit Financial Services, Inc.*

*d/b/a GM Financial*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY  10005-1801
(212) 376-6400
*E-mail:  rdlane@mdwcg.com*
File:  40651.00175