UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARJORIE GASPARD,

                        Plaintiff,

       -against-

KINGS AUTOSHOW INC. d/b/a BROOKLYN
MITSUBISHI; GM FINANCIAL d/b/a AMERICREDIT
FINANCIAL SERVICES, INC.; LOCATION
SERVICES, LLC d/b/a TCAR RECOVERY SERVICES;
and SOUTHLINE, INC. f/k/a TCAR, INC. a/k/a
TCAR AUTOMOTIVE SERVICES, INC. f/k/a
TCAR AUTOMATIVE SERVINCES, INC. d/b/a
TCAR RECOVERY SERVICES,

                        Defendants.
-------------------------------------------------------------------X

Civil Action No.:
1:20-cv-02896-AMD-LB

**NOTICE OF**
**APPEARANCE**

To:    The Clerk of Court and all Parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this

case as counsel for defendant Kings Auto Show Inc. d/b/a Brooklyn Mitsubishi.

Dated: East Meadow, New York
       February 4, 2021

                   **CERTILMAN BALIN ADLER & HYMAN, LLP**

                   By: _____
                      Anthony W. Cummings, Esq.
                      *Attorneys for Defendant Kings Autoshow Inc.*
                      *d/b/a Brooklyn Mitsubishi*
                      90 Merrick Avenue – 9th Floor
                      East Meadow, New York 11554
                      (516) 296-7000
                      acummings@certilmanbalin.com