SCHLANGER LAW GROUP LLP

May 14, 2021

**VIA ECF**

Hon. Lois Bloom
U.S. District Court - E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**      *Gaspard v. Kings Autoshow Inc. d/b/a Brooklyn Mitsubishi, et al.*
      **Index:**  1:20-cv-02896-AMD-LB

Your Honor:

    My firm is counsel to Plaintiff in the above-referenced action. We write on behalf of all parties to provide the Court with a settlement status update. We are pleased to inform Your Honor, consistent with the parties' settlement in principle at the last Status Conference, a draft settlement was distributed to all counsel for final approval and execution earlier this week. We expect the settlement to be finalized and executed shortly.

    Additionally, we request that the Court stay this action while the parties carry out the terms of the settlement and direct that the parties file a stipulation of discontinuance or a status letter on or before August 23, 2021.

    We thank Your Honor for her time spent assisting the parties in this matter.

                                                               Respectfully,

                                                              */s/Evan S. Rothfarb*

                                                              Evan S. Rothfarb

cc: all counsel of record

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*